124 A.3d 306

Adonius WOOLARD, Petitioner

v.

COURT OF COMMON PLEAS COUNTY OF PHILADELPHIA et al., Superior Court of Pennsylvania Eastern District et al., Attorney General for the Commonwealth of Pennsylvania et al., Respondents.

No. 108 EM 2015.

Supreme Court of Pennsylvania.

Oct. 22, 2015.

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of October, 2015, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief seeks to compel the common pleas court's compliance with the Superior Court's January 29, 2015, remand order, that petition is **GRANTED.** The Court of Common Pleas of Philadelphia County is **DIRECTED** to comply with the Superior Court's remand order within 30 days.

124 A.3d 306

Renee E. MAZER, Petitioner

v.

Frederic D. FOX, Respondent.

No. 128 MM 2015.

Supreme Court of Pennsylvania.

Oct. 22, 2015.

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of October, 2015, the Application for Extraordinary Relief is **DENIED.**